137461

# UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** CV 01-530 **Case Title:** Thomas J. Schmitz, et. al. v. Ferrellgas, Inc.

**Affidavit of Movant**

I, Klay C. Ahrens, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Louis A. Huber, III an attorney admitted to practice in the Western District of Missouri, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Ferrellgas, Inc. in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 236913 Date: 3/27/01

**Affidavit of Proposed Admittee**

I, Louis A. Huber, III am currently a member in good standing of the U.S. District Court for the Western District of Missouri, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Louis A. Huber, III Signature: [signature] Date: 4/3/01

Attorney License Number: 28447

Law Firm Name & Address: Schlee, Huber, McMullen & Krause, PC
4050 Pennsylvania, Suite 300
Kansas City, MO 64111

Telephone: (816) 931-3500

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: APR - 6 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED APR 06 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______