✓ 137857

RECEIVED
BY MAIL
JUN 14 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-530 DSD/JMM Case Title: Schmitz v. Ferrellgas

**Affidavit of Movant**

I, Gregory N. McEwen, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Donald G. Beattie, an attorney admitted to practice in the ________ District of Iowa, but not admitted to the bar of this court, who will be counsel for the (X) plaintiff ( ) defendant ________ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 0273843 | 6/12/01 |
| Signature Gregory N. McEwen | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, Donald G. Beattie, am currently a member in good standing of the U.S. District Court for the ________ District of Iowa, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| | | |
|---|---|---|
| Donald G. Beattie | [signature] | 6-1-01 |
| Type/Print Name | Signature | Date |

Attorney License Number: PK10000042

Law Firm Name & Address: Beattie Law Firm
5160 Maple Drive, Suite C
Pleasant Hill IA 50327

Telephone: ( ) 515-263-1000

Motion Granted: [signature] lj
For the Court: Francis E. Dosal, Clerk

JUN 14 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 14 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________