# UNITED STATES DISTRICT COURT
## District of Minnesota

Thomas J. Schmitz, et al

Plaintiff(s)

-vs- Civil Action 01-530 DSD/JMM

Ferrellgas, Inc.,

Defendant(s). & Third-Party Plaintiff

vs

Edward Joseph LeTendre Third-Party Defendant

## CLERK'S ENTRY OF DEFAULT

It appearing that third party defendant(s) Edward Joseph LeTendre is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of defendant

**DEFAULT IS HEREBY ENTERED** against

Edward Joseph LeTendre

this 24th day of October, 2001.

RICHARD D. SLETTEN, CLERK

By [signature]

Julie Rustad, Deputy Clerk

36

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500