UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THOMAS J. SCHMITZ and
STATE FARM INSURANCE COMPANIES,

CIVIL NO. 01-530 (DSD/JMM)

Plaintiffs,

v.

ORDER

FERRELLGAS, INC., and

Defendant and
Third-Party Plaintiff,

v.

EDWARD JOSEPH LETENDRE

Third-Party Defendant.

The above matter came on for hearing before the undersigned on February 22, 2002 upon Plaintiffs' Motion to Stay Depositions [Docket No. 40]. Deborah Mandy, Esq. appeared on behalf of Plaintiffs; Mark Krause, Esq. and Klay Ahrens, Esq. appeared on behalf of the Defendant Ferrellgas, Inc.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order. For the reasons placed on the record,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion to Stay Depositions [Docket No. 40] is denied.

2. Defendant seeks attorneys' fees pursuant to Rule 37(a)(4) of the Federal Rules of Civil Procedure. This Order confirms the following briefing schedule:

FILED FEB 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a. On or before February 27, 2002, Defendant shall deliver and file a Memorandum and any Affidavits in support of such relief,

b. On or before March 4, 2002, Plaintiffs may deliver and file a Response; and

c). After review of the Parties' submissions, the Court will determine whether a hearing is necessary on said Motion.

Dated: February 26, 2002

JOHN M. MASON
United States Magistrate Judge