**UNITED STATES DISTRICT COURT**
**STATE OF MINNESOTA**

---

THOMAS J. SCHMITZ and STATE FARM INSURANCE COMPANIES,

Plaintiffs,

vs.

FERRELLGAS, INC.,

Defendant and Third-Party Plaintiff,

vs.

EDWARD "JOSEPH" LETENDRE,

Third-Party Defendant.

COURT FILE NO.: CV-01-530 DSD/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

---

The above-entitled action having been fully, finally and completely compromised and settled between Plaintiffs and Defendant and Third-Party Plaintiff Ferrellgas, Inc.,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the same may be and hereby is dismissed with prejudice on the merits and without costs and disbursements to any party, and that any party hereto may forthwith and without notice to any other party, apply to the Court pursuant to this Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

APR 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 3/28/02

**MC EWEN LAW FIRM**

Gregory N. McEwen (Atty ID No. 273843)
1600 Pioneer Building
336 North Robert Street
St. Paul, MN 55101
(651) 224-3833

Dated: 3/27/02

**BEATTIE LAW FIRM, P.C.**

Donald G. Beattie, (Iowa Atty ID No. PK1C00042
*Pro Hac Vice*
5160 Maple Drive, Suite C
Pleasant Hill, IA 50327

**Attorneys for Plaintiffs**

Dated: 3/26/02

**JOHNSON & VAN VLIET, L.L.P.**

Klay C. Ahrens (Atty ID No. 236913)
332 Minnesota Street, Suite W975
First National Bank Building
St. Paul, MN 55101
(651) 227-2534

and

**SCHLEE, HUBER, MCMULLEN & KRAUSE, P.C.**

Louis A. Huber, III (Missouri Atty. ID No. 28447)
*Pro Hac Vice*
Mark F. Krause (Missouri Atty. ID No. 38644)
*Pro Hac Vice*
4050 Pennsylvania, Suite 300
Kansas City, Missouri 64111
(816) 931-3553

**Attorneys for Defendant and Third-Party Plaintiff Ferrellgas, Inc.**

**ORDER FOR JUDGMENT**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of this Court shall forthwith enter judgment dismissing any and all claims in the above-entitled action with prejudice and on the merits, but without costs or disbursements to any party.

Dated this 1st day of April, 2002.

**BY THE COURT:**

David S. Doty
Judge of United States District Court